UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| LESLIE MAY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ARTHUR J. GALLAGHER & CO.; and DOES 1-50, inclusive,<br><br>Defendant. | Case No. 3:21-cv-08301-EMC<br><br>**[PROPOSED] ORDER TRANSFERRING CASE TO THE NORTHERN DISTRICT OF ILLINOIS** |

Pursuant to the parties' Joint Stipulation to Transfer Case to the Northern District of Illinois, and for good cause shown, this case is hereby transferred to the U.S. District Court for the Northern District of Illinois pursuant to 28 U.S.C. § 1404(a).

IT IS SO ORDERED.

Date: November  1 , 2021

_____
Edward M. Chen
United States District Judge